Ryan D. Fischbach (204406)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859

Bonnie Keane DelGobbo (*pro hac vice*)
Amy L. Lenz (*pro hac vice*)
BAKER & HOSTETLER LLP
1 N. Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201

Attorneys for Defendant
RentGrow, Inc.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| Laphill Knox,<br><br>    Plaintiff,<br><br>    v.<br><br>RentGrow, Inc.,<br><br>    Defendant. | Case No.: 5:21-cv-01871-JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

RentGrow, Inc. hereby gives notice that the parties have reached a settlement in principle and are in the process of preparing a written settlement agreement. RentGrow, Inc. respectfully requests that the Court vacate all deadlines in this matter based on the parties' settlement in principle.

Dated: October 27, 2022

Respectfully submitted,

/s/*Bonnie Keane DelGobbo*
Ryan D. Fischbach, Bar No. 204406
rfischbach@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Bonnie Keane DelGobbo
(*pro hac vice*)
Amy L. Lenz (*pro hac vice*)
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
bdelgobbo@bakerlaw.com
alenz@bakerlaw.com

*Attorneys for Defendant*

4876-0020-5882.1

Baker & Hostetler LLP
Attorneys at Law
Los Angeles