Joseph L. Gentilcore
*Admitted Pro Hac Vice*
Francis Mailman Soumilas, P.C.
1600 Market Street, Suite 2510,
Philadelphia, PA 19103,
(215) 735-8600
jgentilcore@consumerlawfirm.com

Stephanie R. Tatar
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (323)967-7775
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| Laphill Knox,<br><br>    Plaintiff,<br><br>    v.<br><br>RentGrow, Inc.,<br><br>    Defendant. | Case No.: 5:21-cv-01871-JGB-SP<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Laphill Knox and Defendant RentGrow, Inc., that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party to bear their own attorney's fees, costs and expenses incurred.

Dated: November 28, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph L. Gentilcore* | */s/ Ryan D. Fischbach* |
| Joseph L. Gentilcore | Ryan D. Fischbach, Bar No. 204406 |
| *Admitted Pro Hac Vice* | rfischbach@bakerlaw.com |
| Francis Mailman Soumilas, P.C. | BAKER & HOSTETLER LLP |
| 1600 Market Street, Suite 2510, | 11601 Wilshire Boulevard, Suite 1400 |
| Philadelphia, PA 19103, | Los Angeles, CA 90025-0509 |
| (215) 735-8600 | Telephone: 310.820.8800 |
| jgentilcore@consumerlawfirm.com | Facsimile: 310.820.8859 |
| | |
| Stephanie R. Tatar | Bonnie Keane DelGobbo |
| TATAR LAW FIRM, APC | (*pro hac vice*) |
| 3500 West Olive Avenue, Suite 300 | Amy L. Lenz (*pro hac vice*) |
| Burbank, California 91505 | BAKER & HOSTETLER LLP |
| Telephone: (323) 744-1146 | One North Wacker Drive, Suite 4500 |
| Facsimile: (323)967-7775 | Chicago, Illinois 60606 |
| Stephanie@thetatarlawfirm.com | (312) 416-6200 (phone) |
| | (312) 416-6201 (fax) |
| *Attorneys for Plaintiff* | bdelgobbo@bakerlaw.com |
| | alenz@bakerlaw.com |
| | |
| | *Attorneys for Defendant* |

4861-9721-2736.1